Lisa S. Kantor, SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiffs,
David and Patti Hunt

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID HUNT; PATTI HUNT, <br><br> Plaintiffs, <br><br> v. <br><br> EATON EMPLOYEE BENEFIT PLAN; ANTHEM BLUE CROSS AND BLUE SHIELD OF OHIO, <br><br> Defendants. | Case No.: 19-cv-07075-MWF-(JPRx) <br><br> **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 19-07075-MWF is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: December 13, 2019        BY: _____
Honorable Michael W. Fitzgerald
United States District Judge